## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: <br><br> IRIS WINNIFRED CATO, <br><br> Debtor. | Bankruptcy Case No. 16-14485 EEB <br><br> Chapter 13 |

### ORDER DENYING MOTION FOR RELIEF FROM PROVISIONS OF 11 U.S.C. § 521(I)

THIS MATTER comes before the Court on the Debtor's' Motion for Relief from Provisions of 11 U.S.C. § 521(i), and the Court being otherwise advised in the premises, hereby

FINDS that Debtor did not timely file the documents required by 11 U.S.C. § 521(a)(1), despite having been cautioned twice by the Court, in its May 23, 2016 and June 9, 2016 Orders, that her case would be automatically dismissed if the required documents were not filed on or before June 20, 2016.

FURTHER FINDS that the Debtor is well aware of the requirements of the Bankruptcy Code, having filed nine bankruptcy cases since 2009, and all but one of the nine cases having been dismissed for Debtor's failure to comply with provisions of the Bankruptcy Code, court orders and or applicable rules. The Court therefore

ORDERS that the Motion is DENIED. 11 U.S.C. § 521(i)(1) provides that, if a debtor fails to file all of the documents required by subsection 521(a)(1) by the 45th day after the filing of the petition, then the case is **automatically** dismissed as of the 46th day of the case, by operation of law. The statutory section she cites as authorizing "relief" from the automatic dismissal is inapplicable, since it requires a motion by the case trustee, made prior to the expiration of the 45 day period. Debtor's request for relief under § 105 is also denied. That section cannot be utilized to grant relief which would contravene specific statutory provisions of the Bankruptcy Code. *Law v. Siegel*, 134 S. Ct. 1188, 1194 (2014).

FURTHER ORDERS that the Clerk of the Court shall forthwith enter an order confirming the automatic dismissal of this case.

DATED this 24th day of June, 2018.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge